**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:91-cr-00655** |
| **v.** | : | |
| | : | |
| **GHAITH R. PHARAON,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO DISMISS SUPERSEDING INDICTMENT AND QUASH ARREST WARRANT

The United States of America, by and through undersigned its undersigned attorney, respectfully moves the Court to dismiss the superseding indictment and to quash the arrest warrant issued in the above-captioned matter and in support thereof states as follows:

1. On November 15, 1991, a federal grand jury in the District of Columbia returned an indictment against, inter alia, the defendant Ghaith R. Pharoan, charging him with violations of conspiracy, in violation of 18 U.S.C. § 371, wire fraud, in violation of 18 U.S.C. § 1343, and the racketeering and corrupt organizations (RICO) offense, in violation of 18 U.S.C. §§ 1962(d). ECF No. 1.

2. On November 15, 1991, United States Magistrate Judge Alan Kay issued a bench warrant for the defendant.

3. On January 15, 1993, a federal grand jury in the District of Columbia returned a superseding indictment against, inter alia, the defendant Ghaith R. Pharoan, charging him with violations of conspiracy, in violation of 18 U.S.C. § 371, wire fraud, in violation of 18 U.S.C. § 1343, and RICO, in violation of 18 U.S.C. §§ 1962(d). ECF No. 664.

4. The government has obtained a death certificate from Lebanon showing that defendant Pharoan died on January 5, 2017 in Beirut, Lebanon.

5.    Fed. R. Crim. P. 48(a) provides that "the government may, with leave of court, dismiss an indictment, information, or complaint."  Accordingly, the government seeks leave of Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the superseding indictment without prejudice and quash the outstanding bench warrant.

WHEREFORE, for the foregoing reasons, the government requests that its motion be granted and that the superseding indictment in this case be dismissed with respect to defendant Pharoan without prejudice and that the arrest warrant in this case be quashed.

Respectfully submitted,

LORINDA I. LARYEA
Chief, Fraud Section
Criminal Division
United States Department of Justice

By:    __s/Laura Connelly_____
Laura Connelly, D.C. Bar No. 241537
Acting Assistant Chief
Criminal Division, Fraud Section
United States Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Laura.Connelly@usdoj.gov

Counsel for the United States of America

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 20, 2026, I electronically filed the foregoing with

the Clerk of the Court using CM/ECF.


*s/Laura Connelly*
Laura Connelly
Acting Assistant Chief